**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 29, 2011.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

**NO. 14-11-00591-CV**

———————

**JACK DANIELS, III, Appellant**

**V.**

**CHRISTOPHER WALLACE, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 975998**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 9, 2011. On September 21, 2011, the parties filed a motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.